UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAMIREZ-CANCEL, ET AL

**Plaintiff(s)**

v.                                          CIVIL NUMBER: 98-1574 (JAG)

LOOMIS FARGO AND CO.

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 03/21/00<br>**Title:** Motion to Extend Time Until 4/10/00 to Respond to Motion to Dismiss filed by Dft. Caldero<br>**Docket(s):** 45<br>[x] **Plffs**   [ ] **Defts**   [ ] **Other** | **MOOT.** |

| MOTION | ORDER |
|---|---|
| **Title:** Motion for Leave to Reply to Plaintiffs' Opposition to Motion to Dismiss (by Dft. Caldero, 05/02/00); Motion for Leave to File Motion to Dismiss Pursuant to Rule 12(b)(6) (by Dft. Joyuda, 05/18/00)<br>**Docket(s):** 47, 49<br>[ ] **Plffs**   [ ] **Defts**   [ ] **Other** | **GRANTED.** |

**Date:** 10/16/00

JAY A. GARCIA-GREGORY
U.S. District Judge