## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

JUAN CARLOS RAMIREZ CANCEL, et al

**Plaintiff(s)**

v.                                          **CIVIL NO.**   98-1574 (JAG)

LOOMIS FARGO AND COMPANY OF
PR, INC., et al

**Defendant(s)**

---

## ORDER

The Court orders the parties to submit, by November 16, 2001, a Proposed Scheduling Order

setting forth a series of discovery, Pre-Trial and Trial dates leading to the final adjudication of this

case.

Defendants shall indicate to the Court by November 9, 2001 whether they are interested in

participating in a Settlement Conference, as suggested by plaintiffs.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 2nd day of November, 2001.

JAY A. GARCIA GREGORY
United States District Judge

