UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                                      DATE:NOVEMBER 9, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY:  Lily **ALICEA**            CASE NO. CIV. 98-1574(JAG)
==================================================================

JUAN CARLOS RAMIREZ CANCEL            Attorneys:

            VS

LOOMIS FARGO & CO.

---

By Order of the Court the above-mentioned case is hereby set for status/settlement conference on Wednesday, November 21, 2001 at 10:00 AM.

Parties to be notified.

                                                _____
                                                Lily Alicea-Courtroom Deputy

s/cs:to (6)
attys/pts
in ICMS
11-14-01

