UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAMIREZ-CANCEL, ET AL

    Plaintiff(s)

    v.                     CIVIL NUMBER: 98-1574 (JAG)

LOOMIS FARGO AND CO.

    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 11/16/01<br>**Title:** Motion to Submit Proposed Scheduling Order (by Jose L. Caldero); Defendant United States' Proposed Scheduling Order<br>**Docket(s):** 64, 66 | The Court adopts the proposed scheduling order proffered by defendant United States:<br><br>Plaintiffs' expert disclosures are due by February 1, 2002<br>Defendants' expert disclosures are due by April 1, 2002<br>Discovery is to be completed by June 1, 2002<br>Dispositive motions are to be filed by August 1, 2002<br>Pretrial conference on November 1, 2002<br>Trial on December 2, 2002 |
| **Title:** Defendant United States Motion for Continuance<br>**Docket(s):** 65 | MOOT. |

[ ] Plffs   [ ] Defts   [ ] Other

Date: January 17, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge

s/cs:to ( 6 )
attys/pts
in ICMS
1/22/02