IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAMIREZ-CANCEL, ET AL

**Plaintiff(s)**

v.                                          CIVIL NO. 98-1574 (JAG)

LOOMIS FARGO AND CO.

**Defendant(s)**

---

### ORDER

The Court hereby amends its Order of January 17, 2002 adopting the proposed scheduling order proffered by defendant United States to read as follows:

> Plaintiffs' expert disclosures are due by February 1, 2002.
> Defendants' expert disclosures are due by April 1, 2002.
> Discovery is to be completed by June 1, 2002.
> Dispositive motions are to be filed by August 1, 2002.
> Pretrial conference on **November 1, 2002** at **10:00 a.m.**
> Jury Trial on **December 2, 2002** at **9:30 a.m.**

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 23rd day of January 2002.

JAY A. GARCIA-GREGORY
United States District Judge