## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RAMIREZ-CANCEL, ET AL

**Plaintiff(s)**

v.                                    CIVIL NUMBER: 98-1574 (JAG)

LOOMIS FARGO AND CO.

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 01/30/02<br>**Title:** Plaintiffs' Informative Motion and Motion for Expansion of Time to Expert Disclosures<br>**Docket(s):** 70<br><br>[ x ] **Plffs**   [ ] **Defts**   [ ] **Other** | **GRANTED.** |

Date: February 4, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge



