UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAMIREZ-CANCEL, ET AL

**Plaintiff(s)**

v.                                              CIVIL NO.   98-1574 (JAG) (JAG)

LOOMIS FARGO AND CO.

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 02/25/02<br>**Title:** Plaintiffs' Informative Motion and Motion for Extension of Time to Make Final Expert Disclosures<br>**Docket(s):** 72<br><br>[ x ] Plffs   [ ] Defts   [ ] Other | **GRANTED.** |

Date: March 4, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge