UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2002 APR -9 AM 9: 34

RECEIVED AND FILED

RAMIREZ-CANCEL, ET AL

**Plaintiff(s)**

v.                                              CIVIL NO.   98-1574 (JAG) (JAG)

LOOMIS FARGO AND CO.

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 03/27/02<br>**Title:** Defendant United States' Unopposed Motion for Enlargement of Time to Make Expert Disclosure<br>**Docket(s):** 74<br><br>[ ] **Plffs**   [ X ] **Defts**   [ ] **Other** | **GRANTED.** |

Date:  April 5, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge