IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUAN CARLOS RAMIREZ CANCEL, et al.

  **Plaintiffs**

   v.         CIVIL NO. 98-1574 (JAG)

LOOMIS FARGO AND COMPANY OF PR, INC., et al.

  **Defendants**

### ORDER

  Upon examination of the proposed settlement agreement, the Court orders plaintiffs to give notice of this Order to Ada Alvarez Sanchez ("Alvarez"), Director of the Office of the Solicitor for Minor and Family Affairs, that an approval hearing will take place on **Thursday, June 27, 2002 at 4:00 p.m.**

  Alvarez is ordered to appoint an assistant solicitor for review and approval of the settlement agreement as to the amounts assigned to the minor child, Carlos Enrique Santana-Ramirez. Plaintiffs shall provide the assistant solicitor with a copy of the Complaint and the settlement agreement.

  The assistant solicitor shall submit its approval in writing or at the hearing. Failure by the assistant solicitor to submit its approval in writing or to appear at the hearing shall be deemed by this Court to be an approval.

  IT IS SO ORDERED.

  San Juan, Puerto Rico, this 25th day of June 2002.

           _____
           JAY A. GARCIA GREGORY
           United States District Judge