IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUAN CARLOS RAMIREZ-CANCEL,
et al.

    **Plaintiffs**

    v.

LOOMIS FARGO & COMPANY OF
PUERTO RICO, et al.

    **Defendants**

CIVIL NO. 98-1574 (JAG)

**ORDER**

    Today the Court held a hearing to allow the Office of the Solicitor for Minor and Family Affairs of the Commonwealth of Puerto Rico to express its view on the proposed settlement, as it pertains to the minor Carlos Enrique Santana-Ramirez. (Docket No. 80.) The Assistant Solicitor who attended the hearing stated that the amount to be paid to Santana-Ramirez, pursuant to the settlement terms, "constitutes a reasonable amount for the boy." She therefore recommended that the Court approve the settlement.

    Moreover, the Assistant Solicitor stated that the amount to be paid in attorneys's fees and expenses was reasonable. The Court will therefore <u>approve</u> plaintiffs counsel's request for attorney's fees and expenses.

    Lastly, the Assistant Solicitor requested that the amount assigned to Santana-Ramirez be deposited in a savings account bearing the highest possible interest rate until he reaches legal age, or until the Court orders otherwise. The Court <u>approves</u> the request, and orders that the funds assigned to Santana-Ramirez be deposited as suggested by the Assistant Solicitor.

    The Court <u>approves</u> the proposed settlement agreement, and will <u>grant</u> plaintiffs's motion to dismiss pursuant to Fed. R. Civ. P. 41(a)(2). (Docket No. 79.) Judgment will enter accordingly. The Court also <u>grants</u> plaintiffs's motion to submit the settlement agreement and proposed distribution under seal, as requested. (Docket No. 78.) The settlement agreement and distribution sheet shall be placed under seal.

Civil No. 98-1574 (JAG) 2

All other motions presently pending before the Court are hereby rendered *moot* by this Order.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 27th day of June, 2002.

_____
JAY A. GARCIA-GREGORY
U.S. District Judge