IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUAN CARLOS RAMIREZ-CANCEL,
et al.

    **Plaintiffs**

    v.                        CIVIL NO. 98-1574 (JAG)

LOOMIS FARGO & COMPANY OF
PUERTO RICO, et al.

    **Defendants**

*Filed and Entered June 27, 2002 5:10 pm. Jay A. Garcia-Gregory U.S.D.J.*

**JUDGMENT**

Based on the Order issued today, the Court enters judgment dismissing this action with prejudice.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 27th day of June, 2002.

                                          _____
                                          JAY A. GARCIA-GREGORY
                                          U.S. District Judge