UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



RAMIREZ-CANCEL, ET AL

**Plaintiff(s)**

v.   CIVIL NO.   98-1574 (JAG) (JAG)

LOOMIS FARGO AND CO.

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| Date Filed: 09/23/02<br>Title: Sealed Motion<br>Docket(s): 86 | **GRANTED**. |
| [ ] Plffs  [ X ] Defts  [ ] Other | |

Date:  September 24, 2002

JAY A. GARCIA-GREGORY
~~U.S. District~~ Judge


