UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2002 OCT 22 AM 11: 41

RECEIVED AND FILED

RAMIREZ-CANCEL, ET AL

**Plaintiff(s)**

v.                                           CIVIL NO.   98-1574 (JAG)

LOOMIS FARGO AND CO.

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 09/30/02<br>**Title:** Motion to Withdraw, etc.<br>**Docket(s):** 88, 89<br><br>[ X ] Plffs   [ ] Defts   [ ] Other | **GRANTED** as requested. |

Date:  October 16, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge